■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHUCK L. HAYES, Appellant. [671 NYS2d 365] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him following a jury trial of criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [1]). The evidence is legally sufficient to support the verdict (*see, People v Bleakley*, 69 NY2d 490, 495). We have examined defendant's remaining arguments and conclude that they are without merit. (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.